# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| KARLA F. THURS, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> COMPLAINT 5:19-cv-00450 <br><br> JURY TRIAL DEMANDED |

## DEFENDANT NAVIENT SOLUTIONS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Navient Solutions, LLC ("NSL") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. NSL is a wholly owned subsidiary of Navient Corporation, a publicly traded corporation on the NASDAQ stock exchange under the ticker symbol NAVI.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Adam. C. Ragan*
Adam C. Ragan
SBN: 24079172

**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 468-3577
Facsimile: (214) 979-3959
Email: aragan@HuntonAK.com

**ATTORNEY FOR NAVIENT SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I certify that on June 24, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Case Management/Electronic Case Filing ("CM/ECF") system, which will send notification of such filing to all counsel of record.

*/s/ Adam. C. Ragan*
Adam C. Ragan