# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **KARLA F. THURS,** § | |
| § | **CIVIL ACTION NO. 5:19-cv-00450-OLG** |
| Plaintiff, § | |
| § | |
| v. § | Honorable Chief Judge Orlando L. Garcia |
| § | |
| **NAVIENT SOLUTIONS, LLC,** § | |
| § | **JURY TRIAL DEMANDED** |
| Defendant. § | |

## NOTICE OF SETTLEMENT

Defendant Navient Solutions, LLC is pleased to report that the parties have reached the terms of a settlement. The parties expect that their written settlement agreement will be fully executed and a joint stipulation of dismissal filed within the next forty-five (45) days.

We also would like to convey our appreciation for the exceptional efforts of the Court, its staff, the clerk's office, and all court personal to assess and respond to the exigent circumstances created by the COVID-19 pandemic. We wish each of you and your families well.

Respectfully Submitted,

*/s/ Adam C. Ragan*
Adam C. Ragan
**HUNTON ANDREWS KURTH LLP**
1445 Ross Ave., Suite 3700
Dallas, Texas 75202
214-468-3322
214-979-3959 (fax)
aragan@HuntonAK.com

**ATTORNEY FOR DEFENDANT
NAVIENT SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>/s/ Adam C. Ragan</i><br>
Adam C. Ragan